UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUAN PEDRO ORTIZ-VIVAR,<br><br>　　　　　　　Petitioner,<br><br>　v.<br><br>JEH JOHNSON, *et al.*,<br><br>　　　　　　　Respondents. | NO. C14-0944RSL<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation.

2. Respondents' motion to dismiss, Dkt. 13, is GRANTED.

3. Petitioner's habeas petition, Dkt. 1, motion for preliminary injunction, Dkt. 2, and motion for stay, Dkt. 8, are DENIED as moot.

4. This action is DISMISSED without prejudice.

\\

\\

ORDER - 1

5. The Clerk shall send a copy of this Order to the parties and to Judge Donohue.

Dated this 23rd day of September, 2014.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER - 2